

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00478-CR

EX PARTE CEDRIC RICHARDSON § On Appeal from Criminal District Court No. 1

§

of Tarrant County (1503620D)

§

March 25, 2021

§

Memorandum Opinion by Chief Justice
§ Sudderth

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. Having sustained Richardson's sole issue, we reverse the trial court's order denying the remainder of his requested relief and remand the case to the trial court with instructions to enter an order granting the relief requested in Richardson's application for writ of habeas corpus.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth